THE STATE OF OHIO, APPELLEE, *v.* HALL, APPELLANT.

[Cite as *State v. Hall*, 174 Ohio St.3d 65, 2024-Ohio-450.]

*Court of appeals' judgment affirmed on the authority of* State v. Daniel *and* State v. Hacker.

(No. 2023-0810—Submitted February 6, 2024—Decided February 13, 2024.)

CERTIFIED by the Court of Appeals for Sandusky County, No. S-22-016.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Daniel*, 173 Ohio St.3d 270, 2023-Ohio-4035, 229 N.E.3d 81, and *State v. Hacker*, 173 Ohio St.3d 219, 2023-Ohio-2535, 229 N.E.3d 38.

KENNEDY, C.J., and DEWINE, STEWART, and DETERS, JJ., concur.

FISCHER and BRUNNER, JJ., concur in judgment only for the reasons set forth in their separate opinions in *Daniel*.

DONNELLY, J., dissents.

_____

Beth A. Tischler, Sandusky County Prosecuting Attorney, and Alexis M. Otero, Assistant Prosecuting Attorney, for appellee.

Jeffrey P. Nunnari, for appellant, Dylan Andrew Hall.

_____